

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

idsmith@seyfarth.com
T (212) 218-3392

www.seyfarth.com

April 9, 2024

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re:   Ward v. Cohen Media Publications, et al.
         Case No.: 1:22-cv-06431-JLR

Dear Judge Rochon:

      In accordance with the Court's Individual Rule 2(b), please allow this letter to serve as Plaintiff's and Defendants' Joint Appearance Sheet for the remote video conference scheduled for Thursday, April 11, 2024 at 3:00 p.m.

## APPEARANCES

*For Plaintiff:*

Michael E. Grenert, Esq.
917-553-2050
mgrenertlaw.com

*For Defendants:*

Maureen M. Stampp, Esq.
212-218-3393
mstampp@seyfarth.com


Paxton Moore, Esq.
212-218- 5567
pmoore@seyfarth.com

Appearance Sheet
April 9, 2024
Page 2

Respectfully submitted,

| **SEYFARTH SHAW, LLP** | **LAW OFFICE OF MICHAEL GRENERT, PLLC** |
|---|---|
| */s/ Maureen M. Stampp* | */s/ Michael Grenert* |
| Maureen M. Stampp | Michael Grenert |

310294767v.1